THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CD REISS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:24-cv-00851-KKE<br><br>**STIPULATED MOTION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>July 9, 2024 |

## STIPULATION

The parties, by and through their counsel, stipulate and agree as follows:

1. Plaintiffs filed this lawsuit on June 13, 2024, and served Amazon.com, Inc. ("Amazon") with the Summons and Complaint on June 18, 2024.

2. Under Fed. R. Civ. P. 12(a)(1)(A)(i), Amazon's deadline to respond to the Complaint is July 9, 2024.

3. The parties have agreed to extend the deadline for Amazon to respond to the Complaint by 60 days, until September 9, 2024.

---

STIPULATED MOTION AND ORDER
EXTENDING TIME TO RESPOND TO
COMPLAINT - 1
(Case No. 2:24-cv-00851-KKE)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

4. The parties have further agreed to proceed with their Rule 26(f) conference and report pursuant to the Court's July 3, 2024, Order. *See* ECF No. 18.

IT IS SO STIPULATED.

Dated this 9th day of July, 2024.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
    molly.terwilliger@morganlewis.com

*Attorneys for Defendant Amazon.com, Inc.*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Nathan Emmons (*pro hac vice*)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 625-4949
nathane@hbsslaw.com

**SPERLING & SLATER, LLC**

Phillip Cramer (*pro hac vice*)
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (312) 641-3200
Facsimile: (312) 641-6492
pcramer@sperling-law.com

STIPULATED MOTION AND ORDER
EXTENDING TIME TO RESPOND TO
COMPLAINT - 2
(Case No. 2:24-cv-00851-KKE)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

Eamon P. Kelly (*pro hac vice*)
Barry Frett (*pro hac vice*)
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200
Facsimile: (312) 641-6492
ekelly@sperling-law.com
bfrett@sperling-law.com

*Attorneys for Plaintiffs*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated this 10th day of July, 2024.

_____
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER
EXTENDING TIME TO RESPOND TO
COMPLAINT - 3
(Case No. 2:24-cv-00851-KKE)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401