THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CD REISS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:24-cv-00851-KKE<br><br>**STIPULATED MOTION AND ORDER TO TRANSFER**<br><br>NOTE ON MOTION CALENDAR:<br>July 24, 2024 |

**STIPULATION**

The parties, by and through their counsel, stipulate and agree as follows:

1. Plaintiff CD Reiss filed this lawsuit on June 13, 2024, and served Amazon.com, Inc. ("Amazon") with the Summons and Complaint on June 18, 2024.

2. This Court extended the deadline for Amazon to respond to the Complaint by 60 days, until September 9, 2024.

3. The Court ordered the parties to conduct a Rule 26(f) conference by July 24, 2024.

4. Plaintiff's complaint alleges that Amazon has engaged in anticompetitive conduct, including through the manner in which it contracts with authors. Dispute-resolution provisions in these contracts between Audible, Amazon's subsidiary, and authors such as Plaintiff require that

STIPULATED MOTION AND ORDER TO TRANSFER - 1
(Case No. 2:24-cv-00851-KKE)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

disputes be brought in courts sitting in the County of New York, New York, which has exclusive jurisdiction of such cases.

5.  28 U.S.C. § 1404(a) permits transfer of a case to any "district to which the parties have agreed by contract or stipulation." *Atl. Marine Const. Co. v. U.S. Dist. Ct. for W. Dist. of Texas*, 571 U.S. 49, 59 (2013).

6.  Plaintiff's complaint is hereby transferred to the United States District Court for the Southern District of New York for further proceedings.

7.  All other deadlines set by this Court are hereby stayed.

8.  The parties have conducted a Rule 26(f) conference on July 23, 2024.

9.  The parties have agreed to the deadlines in subparagraphs 9(a)-(b) and following transfer will jointly move for the following deadlines:

    a.  Initial disclosures: August 21, 2024

    b.  Amazon's answer or motion on the complaint: September 16, 2024

IT IS SO STIPULATED.

Dated this 24th day of July, 2024.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
       molly.terwilliger@morganlewis.com

*Attorneys for Defendant Amazon.com, Inc.*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: *s/ Steve W. Berman (w/permission)*
Steve W. Berman (WSBA No. 12536)
1301 Second Avenue, Suite 2000
Seattle, WA 98101

STIPULATED MOTION AND ORDER TO
TRANSFER - 2
(Case No. 2:24-cv-00851-KKE)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Nathan Emmons (*pro hac vice*)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 625-4949
nathane@hbsslaw.com

**SPERLING & SLATER, LLC**

Phillip Cramer (*pro hac vice*)
Dean Balaes (*pro hac vice*)
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (312) 641-3200
Facsimile: (312) 641-6492
pcramer@sperling-law.com
dbalaes@sperling-law.com

Eamon P. Kelly (pro hac vice)
Barry Frett (pro hac vice)
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200
Facsimile: (312) 641-6492
ekelly@sperling-law.com
bfrett@sperling-law.com

*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER TO
TRANSFER - 3
(Case No. 2:24-cv-00851-KKE)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated this 25th day of July, 2024.

*[signature]*

Kymberly K. Evanson
United States District Judge

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
          molly.terwilliger@morganlewis.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND ORDER TO TRANSFER - 4
(Case No. 2:24-cv-00851-KKE)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401